## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

In re:  
MARCO A. CRUZ VILLANUEVA  
RUTH ARCE HERNANDEZ  

Case No. 15-06234 BKT  
Chapter 13

Debtor (s)

_____/

## **MOTION TO WITHDRAW**

DEBTOR(s), by and through the undersigned attorney inform and request to and from this Honorable Court the following:

1. On 10/27/2017 Debtors filed with this Honorable Court Doc # 49.

2. Today, Debtors very respectfully request the withdrawal of documents # 49.

**RESPECFULLY SUBMITTED**

In San Juan, Puerto Rico this 3th day of November 2017

**/s/ Jesus E. Batista Sanchez, Esq.**  
The Batista Law Group, PSC  
Jesus E. Batista Sanchez No. 227014  
Attorney for Debtors  
421 Ave. Luis Muñoz Rivera  
Suite 901  
San Juan, P.R. 00918  
Telephone: (787) 303-0325  
Facsimile: (787) 777-1589  
E-mail: jesus.batista@batistalawgroup.com